## Bouche Villa Venice, Inc., Appellant, v. Waldemar Sandberg and Michael J. Lawler, Trading as S. and L. Concessionaires, Appellees.

### Gen. No. 44,742.

Reuel H. Grunewald, for appellant; Francis M. Cooper, of counsel; Eiger, Siegal & Rothenberg, for appellees; Henry B. Rothenberg, of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.** Opinion filed March 14, 1950; released for publication April 3, 1950.